THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SARA STUB and ADRIAN STUB, | CASE NO. C20-6125-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| LVNV FUNDING, LLC, a Delaware Limited Liability Company, and RESURGENT CAPITAL SERVICES L.P., a Foreign Limited Partnership, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' unopposed motion to dismiss (Dkt. No. 8). Having reviewed the motion and the relevant record the Court DENIES the motion without prejudice. Plaintiffs' motion is unclear. The motion refers to a settlement between a singular plaintiff and a singular defendant, even though this matter involves two plaintiffs and two defendants. (*Id.* at 1.) Elsewhere, the motion suggests that Plaintiffs seek to dismiss "all claims," and their proposed order requests that the Court close the file. (*Id.* at 1, 3.) On this record, the Court cannot discern the scope of the dismissal Plaintiffs seek. If Plaintiffs seek to dismiss the action in its entirety, the Court encourages the parties to do so without the need for a court order

MINUTE ORDER
C20-6125-JCC
PAGE - 1

1 | by filing a stipulation signed by all parties who have appeared. *See* Fed. R. Civ. P.
2 | 41(a)(1)(A)(ii).
3 |     DATED this 22nd day of February 2021.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk
